UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY A. LAMOUREUX, et al., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:03cv1382 (WIG) |
| v. | : | PORTIONS FILED UNDER SEAL PURSUANT TO D. CONN. L. CIV. R. 5(e) |
| ANAZAOHEALTH CORPORATION, | : | |
| Defendant. | : | MARCH 25, 2010 |

### DEFENDANT'S LOCAL RULE 56(a)1 STATEMENT

Pursuant to Rule 56 of the Local Rules of this Court, the defendant AnazaoHealth Corporation ("AnazaoHealth") submits its statement of material facts as to which there is no genuine issue to be tried in this matter and which entitled AnazaoHealth to summary judgment.

1.      Attached at Exhibit A is a true and correct copy of excerpts of the deposition of Gary Lamoureux in this matter.

2.      Attached as Exhibit B is a true and correct copy of deposition exhibits to the deposition of Gary Lamoureux in this matter, which are cited herein.

3.      Attached at Exhibit C is a true and correct copy of excerpts of the deposition of Richard Terwilliger in this matter.

4.      Attached as Exhibit D is a true and correct copy of deposition exhibits to the deposition of Richard Terwilliger in this matter, which are cited herein.

5.      Attached at Exhibit E is a true and correct copy of excerpts of the Rule 30(b)(6) deposition of World Wide Medical Technologies, LLC ("WWMT") and Advanced Care Pharmacy, LLC in this matter.

6.  Attached as Exhibit F is a true and correct copy of deposition exhibits to the deposition of the Rule 30(b)(6) deposition of WWMT and Advanced Care Pharmacy, LLC in this matter, which are cited herein.

7.  Attached at Exhibit G is a true and correct copy of excerpts of the preliminary injunction hearing held on April 26 and April 27, 2006, in the consolidated matter of <u>World Wide Med. Techs. , LLC v. North Am. Scientific, Inc.</u>, docket number 3:05-CV-01682 (RNC)(DFM) (the "WWMT/NASI Litigation").

8.  Attached at Exhibit H is a true and correct copy of excerpts of the deposition of Gary Lamoureux in the WWMT/NASI Litigation.

9.  Attached at Exhibit I is a true and correct copy of excerpts of the deposition of Richard Terwilliger in the WWMT/NASI Litigation.

10. Attached at Exhibit J is a true and correct copy of excerpts of the Rule 30(b)(6) deposition of WWMT, Advanced Care Technologies, Inc., Advanced Care Medical, Inc., Advanced Care Pharmacy, LLC, and CarePak, LLC in the WWMT/NASI Litigation.

11. In 1997, Plaintiff World Wide Medical Technologies, LLC ("WWMT") submitted to the United States Food and Drug Administration a pre-marketing notification for a brachytherapy seed implant needle set. A true and correct copy of the submission is attached as deposition exhibit 7 to Mr. Lamoureux's deposition in this matter at Exhibit B.

12. WWMT first employed Mr. Terwilliger as an engineering consultant in June 2000. He became an employee at some point in August 2000. (Exhibit I at 61)

13. Prior to working for WWMT, Mr. Terwilliger was "aware that there were pre-plugged needles out in the market, pre-plugged with bone wax." (Exhibit I at 69)

14. The beginning of the development of the idea on the part of Mr. Lamoureux and Mr. Terwilliger for the invention that ultimately became the subject of U.S. Patent 6,554,760 (the "'760 Patent) took place at the American Association of Physicists in Medicine ("AAPM") trade show at the Navy Pier in Chicago in July, 2000. (Exhibit C at 28-29; Exhibit G, testimony of G. Lamoureux at 54)

15. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Exhibit C at 32-33; R. Terwilliger's "THIRD Supplemental Responses to Def.'s First Set of Interrogatories to the Pl., (Response No. 1: "experimentation in late July 2000 in which a gut spacer of defined length was used as a plug for the needle end and frictionally held there through a heating/swelling technique"). A true and correct copy of excerpts of Mr. Terwilliger's Third Supplemental Responses to Def.'s First Set of Interrogatories is attached hereto as Exhibit K.

16. Following the trade show, Mr. Terwilliger and Mr. Lamoureux continued to develop their idea and eventually developed a plan to launch a new product embodying the invention at the next industry trade show, that of the American Society of Therapeutic Radiation Oncologists ("ASTRO"). (Exhibit C at 32-36 and 92-93; Exhibit E at 123-130)

17. The ASTRO 2000 show was held from October 22 to October 25, 2000. (Exhibit C at 92; Exhibit D, deposition exhibit 6 to Mr. Terwilliger's deposition; Exhibit E at 123-130)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[REDACTED]

19. With the exception of the page numbers in the lower right margin, a true and correct copy of the certified record of the file wrapper and contents of the U.S. Patent and Trademark Office ("PTO") file for provisional application serial number 60/242,414 (the "Provisional Application") is attached as Exhibit L.

20. The cover sheet for the Provisional Application was dated October 20, 2000 (the Friday before the ASTRO show), but the Provisional Application was not actually filed with the PTO until October 25, 2000--the very last day of the ASTRO show. <u>See</u> Exhibit L at 3, 5).

21. The ASTRO show in October 2000 was the first trade show at which WWMT showed the commercial embodiment of the invention to the public. (Exhibit C at 87; G. Lamoureux's Fifth Supplemental Responses to Def.'s First Set of Interrogatories to the Pl., Response to Interrogatory No. 3) A true and correct copy of excerpts of Mr. Lamoureux's Fifth Supplemental Responses to Def.'s First Set of Interrogatories is attached hereto as Exhibit M.

22. The products offered for sale at the ASTRO show included both the WWMT Seed-Lock needle and the Readi-Load system of needles pre-loaded with therapeutic elements. (Exhibit M at Response to Interrogatory No. 3)





29. Catgut/collagen is also a material that was used for the "spacer" elements loaded into the brachytherapy needles to space the radioactive elements apart from one another. (Exhibit C at 33; see also '760 Patent at col. 1, ll. 28-30)



31. The SeedLock II needle was developed to overcome the problems the inventors had experienced with the collagen plugs. (Exhibit A at 252-56; Exhibit C at 53-54; Exhibit G, testimony of R. Terwilliger on April 27, 2006 (v. 2) at 148-49; Exhibit G, testimony of G. Lamoureux at 80-81)





38. On November 2, 2001, Mr. Lamoureux and Mr. Terwilliger filed with the PTO a second provisional patent application, Serial Number 60/336,329, entitled "Delivery System for Interstitial Radiation Therapy" (the "2001 Provisional Application"). A true and correct copy of that application, as maintained by the PTO, is attached at Exhibit B, deposition exhibit 28)

39. As filed, the 2001 Provisional Application included, as "Appendix B" portions of an article entitled "Synthetic Biodegradable Polymers as Medical Devices" authored by John C. Middleton, et al. (the "Middleton Article"). (Exhibit B, deposition

exhibit 28) The handwriting on Appendix B is Mr. Terwilliger's handwriting. (Exhibit A at 386)

40. Attached at Exhibit O is a true and correct copy of excerpts of the deposition of Howard Jordi in this matter.

41. As reflected in the Middleton Article, "PGA" refers to polyglycolide. (Exhibit B, deposition exhibit 28 at 2/6; Exhibit O at 155, 168)

42. As reflected in the Middleton Article, the commercial suture material called "Vicryl" consists of poly(lactide-co-glycolide), a polymer comprised of 90 percent glycolide and 10 percent l-lactide. (Exhibit B, deposition exhibit 28 at 4/6 - 5/6; Exhibit O at 157)

43. The Vicryl material is the material referred to in the '760 Patent as "POLYGLACTIN 910." (Exhibit O at 159-60)

44. The Vicryl material, or "POLYGLACTIN 910" is a different substance than polyglycolide (or "PGA"). (Exhibit O at 161) These two polymers have different physical properties. (Exhibit O at 160)

45. The Monocryl suture product is a polymer comprised of poly(epsilon-caprolactone) and glycolide. (Exhibit B, deposition exhibit 28 at 4/6; Exhibit O at 162-63) This is also referred to as poliglecaprone. (Exhibit A, at 446-47; Exhibit E, at 50-52)

46. The Monocryl material is a different material than polyglycolide (the "PGA" material), and is as well a different material than the "Vicryl" (the Poly(lactide-co-glycolide) or Polyglactin 910) material. (Exhibit O at 164-65)

47. The three polymers, PGA, Polyglactin 910 and Monocryl would all have difference physical properties, such as different melting points, difference glass transition temperatures and different degradation times. (Exhibit O at 165-66)

48. The Lamoureux plaintiffs' materials expert, Dr. Jordi, admitted that the '760 Patent did not suggest to him anything about the use of Monocryl as the preferred material for the invention. (Exhibit O at 169-70)







60. In 2005 Mr. Lamoureux and others brought suit against Mr. Terwilliger, North American Scientific, Inc. ("NASI") and others for, among other things, theft of trade secrets. This proprietary formula used in the coating step of the plugging process was a basis of the trade secret claim brought against NASI and Mr. Terwilliger. (Exhibit B, deposition exhibit 22 to Mr. Lamoureux's deposition in this matter)



